IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE CANADA,<br><br>    Plaintiff,<br><br>  v.<br><br>GREGORY D. LEWIS, Warden and R. SHELLABARGER,<br><br>    Defendants._____/ | No. C-13-3257 TEH (PR)<br><br>ORDER OF CLARIFICATION AND EXTENDING TIME FOR PLAINTIFF TO FILE CERTIFICATE OF FUNDS |

On July 15, 2013, Plaintiff Ronald Lee Canada, an inmate at Pelican Bay State Prison (PBSP), filed a complaint alleging constitutional violations against employees at PBSP. Dkt. #1. On the same date, Plaintiff filed a request to proceed in forma pauperis (IFP). Dkt. #2. Also, on the same date, the Clerk of the Court sent Plaintiff a letter notifying him that his IFP application was incomplete because he had failed to submit a Certificate of Funds (COF) in Prisoner's Account completed and signed by an authorized officer at PBSP. Dkt. #3. The notice warned Plaintiff that he had twenty-eight days from the filing date of the notice to respond with the correct documents and, if he did not respond within this time, his complaint would be dismissed, the file closed and the $400 fee would become due immediately. The COF is due on August 12, 2013.

On July 18 and July 22, 2013, Plaintiff filed two letters with the Court indicating that he did not believe that the Court had received his complaint. Dkt. ## 4, 5. The Court clarifies that it received Plaintiff's complaint. However, the Court has not received Plaintiff's COF completed and signed by an authorized officer at PBSP, which must be filed in order for Plaintiff to avoid dismissal of his case.

In the interests of justice, the Court grants Plaintiff twenty-eight (28) more days from the date of this Order to file the completed and signed COF. In the future, Plaintiff must write on the top of the cover page of every document he submits to the Court, the name and number of this case: <u>Canada v. Lewis</u>, 13-3257 TEH (PR).

IT IS SO ORDERED.

DATED  *08/21/2013*

**THELTON E. HENDERSON**
**United States District Judge**

G:\PRO-SE\TEH\CR.13\Canada 13-3257 Ord of Clarification.wpd

**2**