IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD LEE CANADA,     No. C-13-3257 TEH (PR)

    Plaintiff,     ORDER OF DISMISSAL

  v.

GREGORY D. LEWIS, Warden and R. SHELLABARGER,

    Defendants.
_____/

    Plaintiff Ronald Lee Canada, an inmate at Pelican Bay State Prison (PBSP), filed a pro se civil rights action under 42 U.S.C. § 1983. On August 21, 2013, this Court preliminarily screened Plaintiff's complaint under 28 U.S.C. § 1915A(a) and dismissed the claims against Officer Shellabarger and Warden Lewis with leave to amend. Doc. # 10. The Court granted Plaintiff leave to file an amended complaint within twenty-eight days from the date of the Order. Id. In the Order, the Court notified Plaintiff that "failure to file an amended complaint within twenty-eight days and in accordance with this order will result in a finding that further leave to amend would be futile, and this action will be dismissed." Id.

    More than twenty-eight days have passed and Plaintiff has

not filed an amended complaint.  Therefore, this action is dismissed with prejudice.

The Clerk shall terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED     *10/23/2013*          _____
                                THELTON E. HENDERSON
                                United States District Judge

G:\PRO-SE\TEH\CR.13\Canada 13-3257 Dis.wpd